

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00530-CR

Rosemary Lynn **BRYAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR5923W
Honorable Ron Rangel, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED February 1, 2023.

_____
Patricia O. Alvarez, Justice